**Order entered December 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01147-CV

**ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants**

**V.**

**FREDDIE PRICE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

## ORDER

Before the Court are court reporter LaToya Young-Martinez's December 5, 2019 and December 9, 2019 requests for extensions of time to file the reporter's record. We **GRANT** the requests and **ORDER** the reporter's record be filed no later than December 20, 2019. Because the record was first due September 28, 2019 and this is an accelerated appeal, we caution that further extension requests will not be granted absent exigent circumstances.


/s/    BILL WHITEHILL
        JUSTICE